PD-1371-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/13/2015 4:30:55 PM
Accepted 11/16/2015 3:02:30 PM
ABEL ACOSTA
CLERK

No. PD-1371-15

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

| | | |
|---|---|---|
| **TERRANCE DEERING BLACK,** | § | |
| **Petitioner,** | § | **IN THE EIGHTH** |
| | § | **JUDICIAL DISTRICT** |
| **vs.** | § | **COURT OF APPEALS** |
| | § | **SAN ANTONIO, TEXAS** |
| **THE STATE OF TEXAS** | § | **08-12-00338-CR** |
| **Respondent.** | § | |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES Petitioner, TERRANCE DEERING BLACK, by and through his undersigned counsel, and files this second Unopposed Motion for Extension of Time to file his petition for discretionary review, pursuant to Rule 68.2(c) of the Texas Rules of Appellate Procedure. Petitioner respectfully requests a thirty (30) day extension to and including December 23, 2015. This is Petitioner's second motion for extension of time to file his brief. In support of this motion Petitioner would show as follows:

1. Petitioner's brief is currently due on November 23, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

November 16, 2015

1

ABEL ACOSTA, CLERK

2. This Honorable Court indicated in granting the first extension that "no further extensions will be entertained". Counsel respectfully requests that this motion be considered.

3. Counsel's staff has conferred with Assistant District Attorney Libby Lange, and she does not oppose this motion.

4. Counsel has been reviewing the record and working on the issues for this Petition for Discretionary Review. Counsel did not try the case nor prepare the appeal.

5. Two of the issues being prepared have a split in the courts of appeals.

6. Undersigned counsel was appointed as a member of the Texas Board of Law Examiners and her term started on September 2015. Since September 2015, she has been attending meetings, hearings, grading and re-grading law exams and preparing 2016 and 2017 law exams. Counsel is honored to be a member of this Board. She did not anticipate the considerable amount of time that would be needed to complete each task. She has attended meetings and hearings on September 10-11, 2015; October 9, 2015; and November 12-13, 2015. December 11, 2015 will be the last meeting for the year.

**Undersigned Counsel has the following judicial conflicts:**

7. Undersigned counsel has an appeal brief due on October 27, 2015 in *Wissam Allouche v. United States of America*, Cause No. 15-50409 in the United States Fifth Circuit Court of Appeals.

8. -50409 in the United States Fifth Circuit Court of Appeals.

9. Undersigned counsel is engaged in reaching a global settlement in *United States of America vs. Neal Kasper, et al.*, Cause No. CR-12-413 in the United States District Court for the District of New Mexico. This case is certified as complex.

10. Undersigned counsel has prepared and filed, on November 13, 2015, an Amended Motion to Dismiss in *United States of America v. Kasper Pro Vac Services, LLC, et al.*, Cause No. 5:12-CA-00323-HJB in the United States District Court for the Western District of Texas, San Antonio Division. A status conference concerning attempts to resolve this matter and missing attachments was at issue here, on October 19, 2015.

11. Undersigned counsel has been reviewing voluminous discovery in a complex case of *United States of America vs. Curtis DeBerry*, Cause No. 5:14-CR-00524-XR; a Superseding Indictment was filed on October 7, 2015. Hearings have taken place on October 8, 2015 and November 12, 2015.

Discovery issues continue to be cause for discussion, in-person meetings or court hearings.

12. Undersigned counsel is set for trial on November 30, 2015, in *State of Texas vs. Cathy Gaffney*, Cause No. 2015-CR-6794 in the 175th Judicial District Court, San Antonio, Bexar County, Texas.

13. Undersigned counsel is set for a writ hearing on December 3, 2015, in *Ex parte Paulo Cesar Solis*, No. 927855-A in the 263rd District Court, Harris County, Texas.

14. Undersigned counsel had a docket call on October 13, 2015 in *United States of America vs. Jetter Andrew Barker, IV*, in the United States District Court for the Western District of Texas, Del Rio Division. This case has now been reset for trial on January 19, 2016.

15. Undersigned counsel's client turned himself in on an arrest warrant in *State of Texas vs. Frederich R. Schauer, III*, Cause No. 15-9-9548 in the 24th Judicial District Court, Jackson County, Edna, Texas, on or about October 12, 2015. A bond hearing was held on October 15, 2015. Pretrial motions have been prepared and filed, and others are still in the process of being written.

16. Undersigned counsel was appointed to a federal case of *United States of America vs. Rene Martinez*, Cause No. 5:14-CR-00654(19)-FB on October

19, 2015. A detention hearing was scheduled for October 27, 2015. Negotiations for attempting resolution are ongoing at this time.

17. Undersigned counsel is preparing Findings of Fact and Conclusions of Law in a Writ of Habeas Corpus proceeding in *Ex Parte James R. Hiatt*, Cause No. 2006-CR-2741-W3 in the 144th Judicial District Court, Bexar County, San Antonio, Texas.

**Undersigned counsel has the following professional conflicts:**

18. Undersigned counsel is scheduled to travel to Shanghai, China on November 17, 2015, returning on November 22, 2015. She has been invited to attend the Global White Collar Crime Institute. Counsel will be attending as a representative of the American Bar Association, as the Immediate Past-Chair of the Criminal Justice Section.

19. Undersigned counsel is scheduled to travel to Guantanamo Bay, Cuba on December 5, 2015 through December 13, 2015. She will be the UN Observer on behalf of the American Bar Association attending the GTMO hearings on December 7-11, 2015.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully prays that this Honorable Court grant him an additional thirty (30) days to and including

December 23, 2015 to file his Petition for Discretionary Review and for any other relief under this Court's supervisory power.

Respectfully submitted:

CYNTHIA E. ORR
Bar No. 15313350
GOLDSTEIN, GOLDSTEIN & HILLEY
310 S. St. Mary's St.
29th Floor Tower Life Building
San Antonio, Texas 78205
210-226-1463
210-226-8367 facsimile

By:___/s/ Cynthia E. Orr_____
CYNTHIA E. ORR

Attorney for Petitioner,
TERRANCE DEERING BLACK

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Second Unopposed Motion for Extension of Time to File PDR has been served *via* e-mail through the E-file, Electronic Filing System, to Assistant District Attorney Libby Lange, on this the 13th day of November, 2015.

By:_/s/Cynthia E. Orr_____
CYNTHIA E. ORR